**SEPPINNI LAW**
40 BROAD ST., 7TH FL., NEW YORK, NY 10004 | OFFICE: (212) 859-5085

**WRITER'S EMAIL:**
JOHN@SEPPINNILAW.COM

**WRITER'S DIRECT LINE:**
+1 (929) 552-9791

August 4, 2026

**MEMO ENDORSED, p. 2**

**Via ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**RE: REQUEST TO ADJOURN INITIAL PRETRIAL CONFERENCE**
*Brad Wahal v. Tifin Group LLC, et al.*, Case No. 1:26-cv-2829 (SHS)

Dear Judge Stein:

We represent Plaintiff. The Court previously scheduled an Initial Pretrial Conference (IPTC) in this matter for August 20, 2026 at 10:00 am. (ECF 16). Plaintiff respectfully requests an adjournment of the IPTC to a later date in September.

## 1. Proposed Dates

By way of alternative dates, Plaintiff proposes the following:

- September 6, 2026
- September 15, 2026
- September 24, 2026

Counsel are prepared to make themselves available at 10:00 on the above-mentioned days or at a time convenient to the Court.

## 2. Opposing Counsel's position

Opposing counsel consents to this request, and we submit this proposed schedule jointly.

## 3. Good cause for the proposed extension

This extension is necessary to accommodate long-standing attorney vacations.

## 4. Prior Requests and Impacts on Case Schedule

This is the first request to adjourn the IPTC. This proposed extension will not affect any other scheduled dates, conferences, or deadlines in this matter.

We appreciate the Court's time and consideration.

Respectfully,

**SEPPINNI LAW, PLLC**

/s/ JOHN CRAIN
JOHN CRAIN

40 Broad St.
Floor 7
New York, NY
10004

(929) 552-9791
john@seppinnilaw.com

**The conference is adjourned to September 15, 2026, at 11:30 a.m.**

**Dated: New York, New York**
**August 4, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**