UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| BRAD WAHAL, | : | 26-cv-2829 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| TIFIN GROUP LLC, DR. VINAY NAIR, and ANNA STEWARD, | : | |
| Defendants. | : | |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. There will be a mid-discovery status conference on November 12, 2026, at 11:30 a.m.; and

2. The last day for completion of fact discovery is January 15, 2027.

Dated: New York, New York
September 15, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.