UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

| | | |
|---|---|---|
| BRAD WAHAL, | : | 26-cv-2829 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| TIFIN GROUP LLC, DR. VINAY NAIR, and ANNA STEWARD, | : | |
| Defendants. | : | |

---x

SIDNEY H. STEIN, U.S. District Judge.

The Mediator in this matter having reported to the Court that agreement was reached on all issues,

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by that time.

Dated: New York, New York
September 24, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.